**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed October 29, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00569-CV

## ALI CHOUDHRI, DALIO HOLDINGS, I LLC, AND DALIO HOLDINGS, II, LLC, Appellants

## V.

## ALI MOKARAM, Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27197**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed August 11, 2020. On October 16, 2020, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Zimmerer.